w/ KSC

MICHAEL JAY GREEN        4451
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

EARL I ANZAI        2904
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

GEORGE A. BURKE        7821
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 22 2010
at 9 o'clock and 45 min. A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH J. PRICE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MOLOKAI GENERAL HOSPITAL, JANICE KALANIHUIA, PRESIDENT, MOLOKAI GENERAL HOSPITAL, RANDY LITE, VICE PRESIDENT, MOLOKAI GENERAL HOSPITAL, LEI MOKIAO, HUMAN RESOURCES MANAGER, MOLOKAI GENERAL HOSPITAL, THE QUEEN"S MEDICAL CENTER, DOE DEFENDANTS 1-50,<br><br>　　　　　Defendants. | CIVIL NO. CV09 00548 DAE KSC<br><br>PLAINTIFF ELIZABETH PRICE'S REPLY MEMORANDUM TO DEFENDANT MOLOKAI GENERAL HOSPITAL, JANICE KALANIHUIA, PRESIDENT, MOLOKAI GENERAL HOSPITAL, RANDY LITE, VICE PRESIDENT, MOLOKAI GENERAL HOSPITAL, DINO FONTES, MOLOKAI GENERAL HOSPITAL, DIRECTOR OF NURSING, LEI MOKIAO, MOLOKAI GENERAL HOSPITAL HUMAN RESOURCES MANAGER AND THE QUEEN'S MEDICAL CENTER'S OPPOSITION TO PLAINTIFF ELIZABETH PRICE'S  MOTION |

)  TO REMAND FILED ON
)  DECEMBER 11, 2009;
)  CERTIFICATE OF SERVICE
)
)  No Trial Date Set.
)

PLAINTIFF ELIZABETH PRICE'S REPLY MEMORANDUM TO DEFENDANT MOLOKAI GENERAL HOSPITAL, JANICE KALANIHUIA, PRESIDENT, MOLOKAI GENERAL HOSPITAL, RANDY LITE, VICE PRESIDENT, MOLOKAI GENERAL HOSPITAL, DINO FONTES, MOLOKAI GENERAL HOSPITAL, DIRECTOR OF NURSING, LEI MOKIAO, MOLOKAI GENERAL HOSPITAL HUMAN RESOURCES MANAGER AND THE QUEEN'S MEDICAL CENTER'S OPPOSITION TO PLAINTIFF ELIZABETH PRICE'S MOTION TO REMAND FILED ON DECEMBER 11, 2009

Plaintiff ELIZABETH PRICE, by and through her attorneys, again opposes removal, and seeks remand of her claims against MOLOKAI GENERAL HOSPITAL, et al. to the Second Circuit Court, State of Hawaii. Defendants oppose remand on the mistaken belief that most or all of her tort claims are preempted by §301 of the National Labor Relations Act, 29 U.S.C. §185. A closer examination of §301 confirms Plaintiff's claims are not preempted and thus, should be remanded to State court.

I. **ARGUMENT**

In their Opposition, Defendants claim that Plaintiff's case should be removed because the state law upon which it relies is preempted by federal law. Plaintiff's claims do not raise any claims which could be used to transfer jurisdiction in accordance with the provisions of 28 U.S.C. §1331.

A. **Plaintiff's Tort Claims Are Not Preempted By §301**

Defendants argue the federal law "supplants" the state claim. They also argue that §301 is one of three federal statutes which completely preempt any state law claim arising under it.

We agree. A plaintiff may not defeat federal subject matter jurisdiction by "artfully pleading" his complaint as if it arises under state law where the plaintiff's suit is, in essence, based on federal law. Rivet v. Regions Bank of La., 522 U.S. 470, 475, 139 L. Ed. 2d 912, 118 S. Ct. 921 (1998). We do not agree that §301 is applicable to Plaintiff's claims.

Nowhere in Plaintiff's First Amended Complaint does Plaintiff include any labor organization. Further, her claims cannot be characterized as clearly by or against any labor organization. The terms of the collective bargaining agreement were never discussed, nor were they mentioned or followed. Plaintiff's brief contact with her Union representative was only for representation at the meetings requested by Defendants. Accordingly, Plaintiff's claims are independent state law claims which are not dependent on federal law and therefore not subject to preemption pursuant to §301.

II. **Plaintiff's claims are based on Hawaii State Law, therefore 28 U.S.C. §§1331 and 1367 are inapplicable**

Plaintiff raises claims under Hawaii State Law. Plaintiff's claims do not vest this Court with supplemental jurisdiction because the State claims substantially predominate over the claim or claims by which this Court might have

original jurisdiction.

Defendants claim courts have routinely applied §301 law even where the union, or in some cases, the employer is not among the named parties. Defendants fail to cite any specific cases supporting this proposition. Frankly, their argument is without merit for two reasons. First, as previously discussed, §301 is not applicable to the facts in the instant case. Secondly, because Plaintiff's claims are based on Hawaii law, 28 U.S.C. §1367 allows this Court discretion to decline to exercise supplemental jurisdiction when state claims substantially predominate.

For any and all of the foregoing reasons, Plaintiff respectfully requests her Motion for Remand be granted.

DATED: Honolulu, Hawaii, January 21, 2010.

_____
MICHAEL JAY GREEN
EARL I. ANZAI
GEORGE A. BURKE
Attorneys for Plaintiff
ELIZABETH J. PRICE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH J. PRICE,<br><br>Plaintiff,<br><br>vs.<br><br>MOLOKAI GENERAL HOSPITAL, JANICE KALANIHUIA, PRESIDENT, MOLOKAI GENERAL HOSPITAL, RANDY LITE, VICE PRESIDENT, MOLOKAI GENERAL HOSPITAL, LEI MOKIAO, HUMAN RESOURCES MANAGER, MOLOKAI GENERAL HOSPITAL, THE QUEEN"S MEDICAL CENTER, DOE DEFENDANTS 1-50,<br><br>Defendants. | CIVIL NO. CV09 00548 DAE KSC<br><br>(Civil No. 09-1-0722 (3), Circuit Court of the Second Circuit, State of Hawaii)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be duly served to the following parties after filing.

**MARR JONES & WANG**
PATRICK H. JONES
WILLIAM N. OTA
JENNIFER C. T. WOO
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813

Attorneys for Defendants
  MOLOKAI GENERAL HOSPITAL, JANICE KALANIHUIA,
  PRESIDENT, MOLOKAI GENERAL HOSPITAL, RANDY LITE,
  VICE PRESIDENT, MOLOKAI GENERAL HOSPITAL, LEI
  MOKIAO, HUMAN RESOURCES MANAGER, MOLOKAI
  GENERAL HOSPITAL, THE QUEEN"S MEDICAL CENTER

DATED:   Honolulu, Hawaii, January 21, 2010

_____
MICHAEL JAY GREEN