IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH PRICE,               )  | CIVIL 09-00548 DAE-KSC |
| )  | |
| Plaintiff,          )  | |
| )  | |
| vs.                            )  | |
| )  | |
| MOLOKAI GENERAL HOSPITAL,      ) | |
| JANICE KALANIHUIA,             )  | |
| PRESIDENT, MOLOKAI             )  | |
| GENERAL HOSPITAL;              )  | |
| RANDY LITE, VICE PRESIDENT,    )  | |
| MOLOKAI GENERAL HOSPITAL;      )  | |
| LEI MOKIAO, HUMAN              )  | |
| RESOURCES MANAGER,             )  | |
| MOLOKAI GENERAL HOSPITAL;      )  | |
| THE QUEEN'S MEDICAL            )  | |
| CENTER;  DOE DEFENDANTS        )  | |
| 1-50,                          )  | |
| )  | |
| Defendants.          )  | |
| _____ )  | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on February 10, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO

REMAND", docket entry no. 17,   are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 1, 2010.



_____
David Alan Ezra
United States District Judge

Elizabeth J. Price vs. Molokai General Hospital, et al., Civil No. 09-00548 DAE-KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION